# Exhibit 3

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
------------------------------------------------------------X
LOURINZA BURWELL,

              Plaintiff,                      14 Civ. 10178 (JCB)

  -against-                          PLAINTIFF'S DISCLOSURE
                                                    PURSUANT TO
MASSACHUSETTS BAY COMMUTER     FEDERAL RULE 26(a)(2)(C)
RAILROAD,

              Defendant.
------------------------------------------------------------X

SIRS:

PLEASE TAKE NOTICE, that the following is Plaintiff's Disclosure pursuant to Federal Rule of Civil Procedure 26(a)(2)(C):

**i)  The subject matter on which each witness is expected to present evidence under Federal Rule of Evidence 702, 703, or 705:**

ANSWER:    Dr. Paul Blachman is expected to offer opinions regarding the examination of plaintiff, history taken, review of medical records, including films and tests, findings, causation, prognosis, diagnosis, recommendations, treatment, ability to work and follow-up.

Dr. Olarewaju Oladipo is expected to offer opinions regarding the examination of plaintiff, history taken, review of medical records, including films and tests, findings, causation, prognosis, diagnosis, recommendations, treatment, ability to work and follow-up.

**ii)  A summary of the facts and opinions to which each witness is expected to testify:**

ANSWER:    Dr. Paul Blachman is expected to testify that based upon the examination of plaintiff, history taken, review of medical records, including films and tests, that plaintiff suffered injury to his shoulder on the job which prevented him from working full duty and required additional treatment, consistent with medical records previously provided.

Dr. Olarewaju Oladipo is expected to testify that based upon the examination of plaintiff, history taken, review of medical records, including films and tests, that plaintiff suffered injury to his shoulder on the job which prevented him from working full duty and required additional treatment, consistent with medical records previously provided.

DATED: NASSAU, NEW YORK
January 21, 2015

                                                FLYNN & WIETZKE, PC
                                                Attorneys for Plaintiff
                                                1205 Franklin Avenue
                                                Garden City, NY 11530
                                                (516) 877-1234

                                                By: _____
                                                        MARC WIETZKE

TO:   John Bonistalli, Esq.
        Scott Spencer, Esq.
        160 Federal Street
        Boston, MA 02110